# EXHIBIT B



**American Inter-Fidelity Exchange**
**9223 Broadway; Ste. A**
**Merrillville, IN 46410**
**800-876-1176**

SUBMISSION NUMBER:
QUOTED PREPARED ON: 02/07/2020           Revised 02/07/2020 @1:09pm
MC NUMBER: N/A
DOT NUMBER: N/A
PROPOSED POLICY PERIOD:
02/10/2020-02/10/2021
QUOTE VALID FOR 30 DAYS

TRUCKING INSURANCE QUOTE FOR:
ALEKSANDAR MIMIC                          GARAGING ADDRESS:
1517 N DEE ROAD                           120 GASKET DRIVE
PARK RIDGE, IL 60068                      ELGIN, IL 60120

RETAIL AGENCY/BROKER:  5Star Specialty Programs- Brandi Davis

American Inter-Fidelity Exchange (AIFE) is pleased to offer the following proposal for your insurance coverage. This quotation is based on information contained in the application submitted for this insured or based on your expiring policy with us. This quotation should be reviewed carefully to confirm that it provides the coverage, limits, and provisions included on the application.

## STANDARD CONDITIONS

This quote should be considered as a general indication only. The premium is subject to change if any information requested by us that is still outstanding alters the classification or rating of the policy when received. To bind coverage written notification must be received in our office prior to the expiration date contained on this quote letter. Information we need on file when coverage is bound includes a signed application, accurate motor vehicle and drivers list, signed signature page from this quote letter and full amount of necessary money for deposit escrows and premiums, and loss history if requested. If coverage is bound and a policy issued, you should review the policy in its entirety to assure that it meets the insured's expectations.

Deposits and Premiums are due at policy inception. Failure to remit can result in a delay of binding of your policy and a lapse in coverage. Deposit Escrows must be in the form of cash; all escrows are non-working.

*COMMISSION:* American Inter Fidelity Exchange is happy to offer 15% commission on all lines

*ATTACHMENTS:* Proposal for lines of coverage

# COVERAGE SUMMARY

COMMERCIAL AUTO PHYSICAL DAMAGE COVERAGE.....................
COMMERCIAL NON-TRUCKING LIABILITY COVERAGE.....................
**PREMIUM TOTAL**

**Garaging Location(s): 1517 N Dee Road Park Ridge, IL 60068**
**120 Gasket Drive Elgin, IL 60120**
- Main Office, Terminal, Garaging

**Company vehicles are titled in this Name:** *N/A*

# COVERAGES/LIMITS

## PHYSICAL DAMAGE

Rate: ███████████████████
Estimated Annual Premium: ████████ **(Monthly Reporting)**
Deductible: **$2,500.00** per unit per occurrence

### *Terms and Conditions:*

Coverage based on approximately 355 units at a stated value of $20,140,500.00
Written on American Inter-Fidelity Exchange comprehensive & collision commercial auto physical damage policy form

Subject to: All Exclusions, Limitations, Terms and Conditions of the Agreed Forms and Endorsements and:
1. No Mid Term Depreciation Permitted
2. Policy Limit is lesser of actual cash value (ACV) or stated value
3. Includes towing and storage subject to limit of **$20,000** per accident
4. 30 Days' Notice of Cancellation / 10 Days Non-Payment of Premium
5. **Any** change in Total Insurable Value is subject to re-rating
6. **Excluded:** Physical Damage on Trailer Inter-Change

## NON-TRUCKING LIABILITY

Rate: ▮▮▮▮ per month per unit
Based on ▮▮▮▮▮▮▮
Estimated Annual Premium: ▮▮▮▮▮

### *Terms and Conditions:*

Subject to:     All Exclusions, Limitations, Terms and Conditions of the Agreed Forms and Endorsements and:

1. **Excludes** UM/UIM
2. **$1,000,000** Combined single limit of Liability (Personal Injury and Property Damage) Per AIFE standard commercial auto liability policy form
3. **Excluded:** Passenger coverage
4. **Excluded:** Broaden Pollution Coverage

## SPECIAL CONDITIONS

American Inter-Fidelity Exchange is a licensed reciprocal insurer. Insured agrees by purchasing insurance it does not acquire any ownership interest or claim as to any ownership interest in the Exchange or any of its surpluses.

This coverage is written on a commercial vehicle. Uninsured Motorists/Underinsured Motorist, Personal Injury Protection (PIP) and Medical payments coverage are excluded to the extent such coverage's maybe lawfully exclude on a commercial vehicle. To the extent such coverage's are legally required, the coverage's provided and the limits of liability will be at the state specific minimums applicable.

A completed application, current equipment schedule with stated values, a current driver list and any additional information requested are required to bind coverage.

Any claim involving an occupied vehicle must be reported immediately to (800) 876-1176. Any accident must be reported to the company (800) 876-1176 as soon as possible.

Any responsibilities and obligations agreed to by you under this quote shall become a part of the insurance policy.

## PREMIUMS / ESCROWS DUE FOR BINDING

All reporters are due in our office monthly. Accounts based on mileage are required to send IFTA reports into our office quarterly.

Auto Liability reports are due by the 20th of the month for the previous month's mileage/revenue. Payments are due by the 25th of each month.

Auto Physical Damage reports are due by the 1st of current month. Payments are due by the 25th of each month.

*PHYSICAL DAMAGE (PREMIUM ESCROW: BASED ON LIST IN SUBMISSION):* ██████

*NON-TRUCKING LIABILITY PREMIUM ESCROW:* ██████

## TOTAL CASH NECESSARY TO BIND COVERAGE: ██████ Plus any amounts due and outstanding at time of binding

*Escrows and premiums are due upon binding of policy; this proposal serves as your invoice. No financial filings will be completed or policy numbers will be issued until cash necessary to bind is received. Necessary amount to bind coverage:* ██████ *plus any amounts due and outstanding at time of binding.*

**SIGNATURE PAGE WILL NEED TO BE SIGNED AND RETURNED WITH SIGNED APPLICATION PRIOR TO BINDING POLICY. (PLEASE SEE ATTACHED SIGNATURE PAGE.)**

SUBMISSION NUMBER:                                 Revised 02/07/2020 @1:09pm
QUOTED PREPARED ON: 02/07/2020
MC NUMBER: N/A
DOT NUMBER: N/A

TRUCKING COMPANY:
ALEKSANDAR MIMIC
1517 N DEE ROAD
PARK RIDGE, IL 60068

GARAGING ADDRESS:
120 GASKET DRIVE
ELGIN, IL 60120

PROPOSED POLICY PERIOD:
02/10/2020-02/10/2021

# SIGNATURE PAGE

In the event the Insured fails to make any payments required for insurance premiums, deductibles, and/or required deposits as provided herein, such unpaid amounts shall bear interest at the highest legal rate and if American Inter-Fidelity Exchange is required to initiate efforts to collect such unpaid amounts, the Insured agrees to pay all costs of collection, including but not limited to reasonable attorney's fees. This proposal requires payment of certain deposits. These are not working deposits and all invoices must be paid per normal payment terms. In the event that any amounts exist that are unpaid, the company, at its own election, may use any deposits you have made to satisfy any overdue balances.

Agreed to this _____ 07 _____ day of _____ 02 _____, 20 20 _____

_____ ALEKSANDAR MIMIC _____                     _____ INSURED _____
Insured                                                Title

Please sign below that you acknowledge terms above for coverage:

_____ liberty insurance _____                 _____ 02/07/20 _____
Agency Name                                      Date

Agent's Signature: _____

_____ ALEKSANDAR MIMIC _____                _____ 02/07/20 _____
Applicant Name                                    Date

→ X _____ Aleksandar Mimic _____              _____ owner _____
Applicant's Authorized Signature                        Title