**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AMERICAN INTER-FIDELITY CORP., as Attorney-in-Fact for American Inter-Fidelity Exchange, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:20-cv-05394 |
| ALEKSANDAR MIMIC, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE**

Plaintiff, American Inter-Fidelity Corp., as attorney-in-fact for American Inter-Fidelity Exchange, by and through its counsel, BATESCAREY LLP, hereby voluntarily dismisses its Complaint for Rescission with prejudice against Defendant Aleksandar Mimic pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 23, 2020                                   Respectfully submitted,


_____

Mark G. Sheridan
Natalie H. Koepke
BATESCAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
Ph. 312-762-3100
Fax 312-762-3200
msheridan@batescarey.com
nkoepke@batescarey.com
Counsel for American Inter-Fidelity Exchange